IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CAUSE NO. A-11-CR-259(3) LY |
| ANGELA PAOLA FAULK | § | |

### MOTION FOR CONTINUANCE OF SENTENCING DATE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Angela Paola Faulk, hereafter "Faulk", through her attorney of record, and files this Motion for Continuance of Sentencing Date and would show the Court as follows:

I.

The Sentencing Date on this matter is currently set for Wednesday, November 2, 2011. Two co-defendants on this matter have a separate sentence date of Monday, November 21, 2011.

II.

Faulk's attorney of record is attempting to resolve crucial matters pertinent to her sentence, which cannot be resolved by the scheduled date. In the attorney's opinion, a continuance of the setting would allow the maters to be adequately addressed.

III.

Attorney of record has discussed this motion with Assistant United States Attorney Dan Guess, who indicates he has no objection to the matter being rescheduled for sentence to November 21, 2011. Attorney of record has also discussed the matter with Viktor Olavson, attorney for Faulk's co-defendant and husband Servando Gonzalez, who requests his client's sentence be continued to the same date as Faulk if the Court grants this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant this motion for continuance and extend the Sentence Date to November 21, 2011 or to any date the Court feels practicable.

Respectfully submitted,

/s/ Guillermo González
Guillermo González
State Bar No. 08126700
603 West 17th Street,
Austin, Texas 78701
(512) 474-8001 Telephone
(512) 474-8006 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS** | § | **CAUSE NO. A-11-CR-259(3) LY** |
| **ANGELA PAOLA FAULK** | § | |

**ORDER**

On this day came to be considered Defendant's Motion for Continuance of Sentence Date. After consideration of same, this Court is of the opinion that said Motion is

GRANTED, and the matters are ordered set as follows:
_____
_____
_____
_____.

DENIED.

So ordered on this the _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2011, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF system which will transmit notification of such filing to all counsel of record.

Dan Guess
816 Congress Ave., Suite 1000
Austin, Texas 78701

                                              /s/ Guillermo González
                                              Guillermo González