# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

UNITED STATES OF AMERICA             §
                                     §    CRIMINAL NO:
vs.                                  §    AU:11-CR-00259(3)-LY
                                     §
(3) ANGELA PAOLA FAULK               §

## LIST OF WITNESSES

| **FOR GOVERNMENT** | **FOR DEFENDANT** |
|---|---|
| 1. | 1.  Ron Estrabo |
| 2. | 2.  Sean Faulk |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |